RITTER *vs.* STEAM BOAT OLIVE BRANCH AND OWNERS.

MOTION for reference. This is a proceeding under the act authorizing the arrest of ships or vessels for debts contracted by the master, owner, or consignee for and on account of such ships or vessels. (1 *R. L.* 130.) On an affidavit that the owners of the vessel had appeared and plead to the declaration, and that issue was joined in the cause, the plaintiff applied for a rule referring the cause to three indifferent persons to be named by the court. The motion

In a proceeding against ships and vessels for debts, under the act, (1 *R. L.* 130,) the cause cannot be referred during the pendency of a demurrer.

NEW-YORK,
May, 1828.

The People
v.
Mayor's Court
of Albany.

was opposed, on the ground that an issue of law was joined on demurrer to the declaration, which remained undecided.

*W. A. Seely*, for plaintiff.

*W. H. Bell*, contra.

*Per Curiam.* The motion is premature. It must be denied.